## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DEBRA YARBROUGH                                                    PLAINTIFF

V.                            NO. 2:11CV00041 JTR

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration                                    DEFENDANT


### JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered

in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 13th DAY OF March, 2012.


_____
UNITED STATES MAGISTRATE JUDGE